UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY E. SCRIVNER

Jonathan Lee Riches©,
Plaintiff

1:07 CV 01889 LJO GSA

V.

KurManBek BAKiyev d/b/a President of Kyrgyzstan;
AK JOL Party,
Defendants

complaint

42 USC 1983. My civil rights are violated. I never receved a Ballot to vote for Bakiyev. Kyrgyzstan residents voted the Bureau of Prisons unconstitutional. I can't attend a Furlough for New Years Eve in Death Valley. FCI Williamsburg won't let me run the Badwater marathon, this is Felon discrimination. I seek $30 million in Emotional distress.

Respectfully
Submitted
Jonathan Lee Riches©

JONATHAN LEE RICHES
#40948-018
FCI-WILLIAMSBURG
PO BOX 340
SALTERS, SC 29590